UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 APR 10 PM 4:51

UNITED STATES OF AMERICA

v.

CHRISTOPHER RICHARD CLOONAN
a/k/a "Richard R"

CASE NO.    3:14-cr-69-J-32RK
Cts. 1-3:    18 U.S.C. § 2251(a)
Ct. 4:       18 U.S.C. § 2252(a)(4)(B)
Cts. 5-7:    18 U.S.C. § 2260A
Forfeitures: 18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 7, 2014 at 8:17 p.m., at Jacksonville, in the Middle District of Florida,

CHRISTOPHER RICHARD CLOONAN,
a/k/a "Richard R"

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was actually transmitted and transported using a means and facility of interstate commerce, that is, by computer via the internet, and which visual depiction is specifically identified in the image file titled "aaa4.jpg."

It is further alleged that the sexual exploitation of a minor, in the manner alleged above, occurred subsequent to defendant CLOONAN's conviction

in the Circuit Court for the Twentieth Judicial Circuit, Charlotte County, Florida, Case No. 90-245CF, of two felony sex offenses, that is, on or about November 18, 1991, CHRISTOPHER RICHARD CLOONAN was convicted of two counts of Attempted Sexual Battery, in violation of Sections 794.011(2) and 777.04, Florida Statutes.  It is further alleged that the victim of defendant CLOONAN's convictions for Attempted Sexual Battery had not attained the age of 12 years at the time of those offenses.  It is further alleged that defendant CLOONAN's convictions for Attempted Sexual Battery are related to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor and ward under the laws of the State of Florida, convictions as described in Title 18, United States Code, Section 2251(e), and are prior sex convictions as described in Title 18, United States Code, Section 3559(e).

In violation of Title 18, United States Code, Sections 2251(a) and 3559(e)(1).

### COUNT TWO

On or about March 7, 2014 at 8:18 p.m., at Jacksonville, in the Middle District of Florida,

CHRISTOPHER RICHARD CLOONAN,
a/k/a "Richard R"

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was actually transmitted

2

and transported using a means and facility of interstate commerce, that is, by computer via the internet, and which visual depiction is specifically identified in the image file titled "aaa5.jpg."

It is further alleged that the sexual exploitation of a minor, in the manner alleged above, occurred subsequent to defendant CLOONAN's conviction in the Circuit Court for the Twentieth Judicial Circuit, Charlotte County, Florida, Case No. 90-245CF, of two felony sex offenses, that is, on or about November 18, 1991, CHRISTOPHER RICHARD CLOONAN was convicted of two counts of Attempted Sexual Battery, in violation of Sections 794.011(2) and 777.04, Florida Statutes. It is further alleged that the victim of defendant CLOONAN's convictions for Attempted Sexual Battery had not attained the age of 12 years at the time of those offenses. It is further alleged that defendant CLOONAN's convictions for Attempted Sexual Battery are related to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor and ward under the laws of the State of Florida, convictions as described in Title 18, United States Code, Section 2251(e), and are prior sex convictions as described in Title 18, United States Code, Section 3559(e).

In violation of Title 18, United States Code, Sections 2251(a) and 3559(e)(1).

## COUNT THREE

On or about March 11, 2014, at Jacksonville, in the Middle District of Florida,

CHRISTOPHER RICHARD CLOONAN,
a/k/a "Richard R"

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was actually transmitted and transported using a means and facility of interstate commerce, that is, by computer via the internet, and which visual depiction is specifically identified in the image file titled "bbb3.jpg."

It is further alleged that the sexual exploitation of a minor, in the manner alleged above, occurred subsequent to defendant CLOONAN's conviction in the Circuit Court for the Twentieth Judicial Circuit, Charlotte County, Florida, Case No. 90-245CF, of two felony sex offenses, that is, on or about November 18, 1991, CHRISTOPHER RICHARD CLOONAN was convicted of two counts of Attempted Sexual Battery, in violation of Sections 794.011(2) and 777.04, Florida Statutes. It is further alleged that the victim of defendant CLOONAN's convictions for Attempted Sexual Battery had not attained the age of 12 years at the time of those offenses. It is further alleged that defendant CLOONAN's convictions for Attempted Sexual Battery are related to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor and ward under the laws of the State of Florida, convictions as described in Title 18, United States Code,

Section 2251(e), and are prior sex convictions as described in Title 18, United States Code, Section 3559(e).

In violation of Title 18, United States Code, Sections 2251(a) and 3559(e)(1).

## COUNT FOUR

On or about March 12, 2014, at Jacksonville, in the Middle District of Florida,

### CHRISTOPHER RICHARD CLOONAN,
### a/k/a "Richard R,"

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a Huawei 8730 My Touch Q smartphone, serial number E7F7ND9340903830, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct.

It is further alleged that the sexual exploitation of a minor, in the manner alleged above, occurred subsequent to defendant CLOONAN's conviction in the Circuit Court for the Twentieth Judicial Circuit, Charlotte County, Florida, Case No. 90-245CF, of two felony sex offenses, that is, on or about November 18, 1991, CHRISTOPHER RICHARD CLOONAN was convicted of two counts of Attempted Sexual Battery, in violation of Sections 794.011(2) and 777.04, Florida Statutes.  It is further alleged that the victim of defendant CLOONAN's convictions

for Attempted Sexual Battery had not attained the age of 12 years at the time of those offenses.   It is further alleged that defendant CLOONAN's convictions for Attempted Sexual Battery are related to the aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor and ward under the laws of the State of Florida, convictions as described in Title 18, United States Code, Section 2252(b)(2).

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

### COUNT FIVE

The Grand Jury further alleges that defendant CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," committed the felony offense involving a minor alleged in Count One of this Indictment at times when CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," was required to register as a sex offender under the laws of the State of Florida.

In violation of Title 18, United States Code, Section 2260A.

### COUNT SIX

The Grand Jury further alleges that defendant CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," committed the felony offense involving a minor alleged in Count Two of this Indictment at times when CHRISTOPHER

RICHARD CLOONAN, a/k/a "Richard R," was required to register as a sex offender under the laws of the State of Florida.

In violation of Title 18, United States Code, Section 2260A.

## COUNT SEVEN

The Grand Jury further alleges that defendant CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," committed the felony offense involving a minor alleged in Count Three of this Indictment at times when CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," was required to register as a sex offender under the laws of the State of Florida.

In violation of Title 18, United States Code, Section 2260A.

## FORFEITURES

1.  The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251(a) and/or 2252(a)(4)(B), the defendant, CHRISTOPHER RICHARD CLOONAN, a/k/a "Richard R," shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, and/or

2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By:  _____
D. RODNEY BROWN
Assistant United States Attorney

By:  _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

9

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER RICHARD CLOONAN
a/k/a "Richard R"

**INDICTMENT**

Violations:

| | |
|---|---|
| Counts 1-3: | 18 U.S.C. § 2251(a) |
| Count 4: | 18 U.S.C. § 2252(a)(4)(B) |
| Counts 5-7: | 18 U.S.C. § 2260A |

A true bill,

_____
Foreperson

Filed in open court this 10th day of April, 2014.

_____
Clerk

Bail $_____

GPO 863 525